UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN MARIE CAROZZA SUDDER,<br><br>       Plaintiff,<br><br>-against-<br><br>J.P. MORGAN CHASE BANK,<br><br>       Defendants. | 21-CV-2843 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  July 1, 2021
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge